# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

|  |  |
|---|---|
| CHARLES TATE & MARLENE WRIGHT, <br><br> Plaintiffs, <br><br> v. <br><br> ASSET ACCETANCE <br><br> Defendant | ) <br> ) <br> ) Civil Action Case No.: 1:13-cv-01708-LPS <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs, Charles Tate and Marlene Wright (hereinafter "Plaintiffs"), by and through its counsel, hereby gives notice of its voluntary dismissal of this case without prejudice.

1. On October 16, 2013, Plaintiffs filed a Complaint, Docket No. 1, in this Court.

2. Defendant has not answered or moved for summary judgment.

3. Plaintiffs hereby gives such notice of voluntary dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

4. This action should be dismissed without prejudice.

                                                              Respectfully submitted,

Dated: February 4, 2016            /S/ Vivian A. Houghton
                                                    Vivian A. Houghton, Esquire (Bar #2010)
                                                    Law Office of Vivian A. Houghton, Inc.
                                                    800 North West Street, 1st Floor
                                                    Wilmington, DE  19801
                                                    (302) 658-0518
                                                    Attorney for Plaintiffs